IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| | CASE NO. 10-07136 ESL |
| NIURKA LLIAM GONZALEZ HERNANDEZ | Chapter 13 |
| XXX-XX-8795 | |
| | **FILED & ENTERED ON 05/10/2011** |
| Debtor(s) | |

## ORDER AND NOTICE

A hearing is hereby scheduled for 06/22/2011 at 02:00 P.M. to consider the following:

1- Motion requesting entry of order for authorization to use tax refund filed by Debtor (#20)

2- Trustee's Motion in compliance with order and position as to Debtor's request to retain 2010 tax refund (#21)

The Clerk shall give notice to all parties in interest.

San Juan, Puerto Rico, this 10 day of May, 2011.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: DEBTOR
   ROBERTO FIGUEROA CARRASQUILLO
   JOSE RAMON CARRION MORALES