IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

NIURKA LLIAM GONZALEZ HERNANDEZ

XXX-XX-8795

Debtor(s)

CASE NO. 10-07136 ESL

Chapter 13

**FILED & ENTERED ON 07/05/2011**

ORDER

The motion filed by Debtor requesting to convert case to Chapter 7 (docket #24) is hereby granted. The Chapter 7 trustee shall reply to Debtor's motion requesting authorization to use 2010 tax refund within fourteen (14) days from appointment to the case. The hearing to consider said matter is continued without a date.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 05 day of July, 2011.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: DEBTOR(S)
ROBERTO FIGUEROA CARRASQUILLO
JOSE RAMON CARRION MORALES
UST