```
                           United States Bankruptcy Court
                               District of Puerto Rico

In re:                                                          Case No. 10-07136-ESL
    NIURKA LLIAM GONZALEZ HERNANDEZ                             Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE

District/off: 0104-3          User: davilap               Page 1 of 1         Date Rcvd: Jul 05, 2011
                              Form ID: pdf003             Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 07, 2011.
db           +NIURKA LLIAM GONZALEZ HERNANDEZ,    ESTANCIAS DEL BOSQUE,   854 ROBLES STREET,
               CIDRA, PR 00739-8412
smg           DEPARTAMENTO DE HACIENDA,   PO BOX 9024140,    OFICINA 424-B,    SAN JUAN, PR 00902-4140
smg           FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR  00902-0192
smg           PR DEPARTMENT OF LABOR,   PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE,    12 FLOOR,
               SAN JUAN, PR  00918
cr            BANCO POPULAR PR,   PO BOX 366818,   SAN JUAN, PR  00936-6818
3042994       AMERICAN EXPRESS,   PO BOX 804247,   CHICAGO, IL  60680-4104
3042995       AMERICAN EXPRESS,   PO BOX 360002,   FORT LAUDERDALE, FL  33336-0002
3042996      +ANA HERNANDEZ,   HC 05 BOX 7078,    GUAYNABO, PR 00971-9579
3101207       American Express TRS Co Inc Latin American,    Division,   c/o Becket and Lee LLP,   POB 3001,
               Malvern PA 19355-0701
3042997       BANCO POPULAR DE PR,   PO BOX 70100,    SAN JUAN, PR  00936-8100
3152012      +BANCO POPULAR DE PUERTO RICO,   MARTINEZ & TORRES LAW OFFICES, P.S.C.,    PO BOX 192938,
               SAN JUAN, PR 00919-3409
3042998      +CITI USA,   PO BOX 6241,   SIOUX FALLS, SD 57117-6241
3042999      +DIRECT TV,   PO BOX 6550,   GRENWOOD VILLAGE, CO 80155-6550
3043000      +FIA CITI CARD,    PO BOX 17054,   WILMINGTON, DE 19850-7054
3053603       FIA Card Services aka Bank of America,    c/o Becket and Lee LLP,   POB 3001,
               Malvern PA 19355-0701
3043001      +FIRST BANK,   PO BOX 19327,   SAN JUAN, PR 00910-1327
3049002       FIRST BANK /PRESTAMO PERSONAL,    BANKRUPTCY DIVISION,    PO BOX 9146,   SAN JUAN P.R. 00908-0146
3072658      +Fia Card Services, NA As Successor In Interest to,    Bank of America NA and Mbna America Bank,
               1000 Samoset Drive,   DE5-023-03-03,    Newark, DE 19713-6000
3043002      +SEARS,   PO BOX 6189,   SIOUX FALLS, SD 57117-6189
3043003     ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
              (address filed with court: US DEPARTMENT OF EDUCATION,     501 BLEECKER ST.,   UTICA, NY  13501)
3090499       United States Department of Education,    Direct Loan Servicing Center,    P.O. Box 5609,
               Greenville, TX 75403-5609
3169581       eCAST Settlement Corporation,   POB 29262,    New York NY 10087-9262
3086672       eCAST Settlement Corporation assignee of Citibank,    (South Dakota) NA,    POB 29262,
               New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          +E-mail/Text: ustpregion21.hr.ecf@usdoj.gov Jul 05 2011 18:44:37     US TRUSTEE,   EDIFICIO OCHOA,
               500 TANCA STREET SUITE 301,   SAN JUAN, PR 00901-1938
                                                                                              TOTAL: 1


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          ALEXANDRA RODRIGUEZ (ZF)
cr*          ECAST SETTLEMENT CORP,   POB 29262,   NEW YORK, NY  10087-9262
                                                                                TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 07, 2011**                                **Signature:** *Joseph Speetjens*

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 10-07136 ESL

NIURKA LLIAM GONZALEZ HERNANDEZ

Chapter 13

XXX-XX-8795

**FILED & ENTERED ON 07/05/2011**

Debtor(s)

## ORDER

The motion filed by Debtor requesting to convert case to Chapter 7 (docket #24) is hereby granted. The Chapter 7 trustee shall reply to Debtor's motion requesting authorization to use 2010 tax refund within fourteen (14) days from appointment to the case. The hearing to consider said matter is continued without a date.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 05 day of July, 2011.

*/s/ Lamoutte*

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: DEBTOR(S)
    ROBERTO FIGUEROA CARRASQUILLO
    JOSE RAMON CARRION MORALES
    UST