**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

In re:

NIURKA GONZALEZ HERNANDEZ

Case No. 10-07136 (ESL)

Chapter 7

Debtor

_____/  No Asset

**UNITED STATES TRUSTEE'S MOTION TO EXTEND TIME
FOR FILING MOTION TO DISMISS UNDER § 707(b)(1) AND (b)(3)
AND FOR FILING A COMPLAINT OBJECTING TO DISCHARGE UNDER §727**

Comes now the United States Trustee, in furtherance of the administrative duties imposed pursuant to 28 U.S.C. §586(a), and hereby moves this Court for the entry of an order extending the time for filing a motion to dismiss pursuant to 11 U.S.C. §§ 707(b)(1) or (b)(3) and for filing a complaint objecting to discharge pursuant to 11 U.S.C. § 727, and states the following in support of the motion:

1. The debtor filed a voluntary petition under chapter 13 of the Bankruptcy Code on August 6, 2010. On July 5, 2011, the case was converted to chapter 7 on debtor's motion (dkt. # 24 and 26).

2. The time period for filing a motion to dismiss pursuant to 11 U.S.C. 707 (b)(1) and (b)(3) and for filing a complaint under 11 U.S.C. § 727 expires on October 11, 2011 (dkt. # 27).

3. The first date set for the meeting of creditors was August 11, 2011 (dkt. # 27). The meeting was held on said date but left open for possible recovery of assets.

4. The United States Trustee is analyzing debtor's financial situation and transactions prior to the filing of the petition. The United States Trustee needs additional time to complete his analysis of the financial situation of debtor and make a determination as to whether to file motion to dismiss under §§ 707(b)(1) and (b)(3) or an objection to the discharge under § 727.

5. Accordingly, the United States Trustee hereby requests an extension of the time for filing a motion to dismiss under §§ 707(b)(1) and (b)(3) or an objection to the discharge under § 727, for sixty (60) days, that is, until December 10, 2011.

**WHEREFORE,** the United States Trustee moves this Court, pursuant to Fed. R. Bankr. P. 1017(e) and 4004(b), to extend the time within which the United States Trustee may file a motion to dismiss the case pursuant to 11 U.S.C. Sec. 707(b)(1) or (b)(3) or file a complaint objecting to the debtors' discharge pursuant to 11 U.S.C. Sec. 727 for sixty (60) days, that is, until December 10, 2011, and for such other and further relief the Court deems appropriate.

### NOTICE

**Within ten (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (I) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

### - <u>CERTIFICATE OF SERVICE</u> -

**I DO HEREBY CERTIFY** that on this day I electronically filed a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

ALANE A BECKET notices@becket-lee.com

ROBERTO FIGUEROA CARRASQUILLO rfigueroa@rfclawpr.com, rfc.rfclaw@gmail.com

MONSITA LECAROZ ARRIBAS ustpregion21.hr.ecf@usdoj.gov

VANESSA M TORRES QUINONES mbaldera@martineztorreslaw.com, jrico@martineztorreslaw.com;vtorres@martineztorreslaw.com;tvazquez@martineztorreslaw.com;quiebrasmt@gmail.com

NOREEN WISCOVITCH RENTAS courts@nwr-law.com, nwiscovitch@ecf.epiqsystems.com

**I DO HEREBY FURTHER CERTIFY** that on this same date a true and exact copy of the foregoing has been *sent by regular United States mail* to debtor:

NIURKA LLIAM GONZALEZ HERNANDEZ
ESTANCIAS DEL BOSQUE
854 ROBLES STREET
CIDRA, PR 00739

DATED: October 11, 2011

DONALD F. WALTON
United States Trustee for Region 21

MONSITA LECAROZ ARRIBAS
Assistant United States Trustee

OFFICE OF THE U.S. TRUSTEE
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Telephone: (787) 729-7444
Telecopier: (787) 729-7449

*[Electronically Filed]*

**By:** *s/Nancy Pujals*
**Nancy Pujals**
**Trial Attorney**
**USDC #201103**